LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

CYNTHIA YEE-WALLACE, ISB #6793
PETER L. WUCETICH, ISB #10557
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:     (208) 334-2400
Facsimile:      (208) 854-8073
cynthia.wallace@ag.idaho.gov
peter.wucetich@ag.idaho.gov
       Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> LAWRENCE G. WASDEN, et al., <br><br> Defendants. | Case No. 1:18-cv-00319-DCN <br><br> **DECLARATION OF DEBRA RANSOM** |

I, DEBRA RANSOM, hereby declare as follows:

1.    I am a Registered Nurse and I am also certified as a Registered Health Information Technician (RHIT).

2.    I am the Chief of the Bureau of Facility Standards in the Idaho Department of Health and Welfare (IDHW).  I have been employed by IDHW for 24 years and have been the

DECLARATION OF DEBRA RANSOM - 1

Bureau Chief for the last 17 years.  As Bureau Chief, I am the chief survey certification and licensing officer for the State of Idaho, and I have first-hand knowledge of IDHW survey operations.  I make this declaration based upon my own personal knowledge.

3. The purpose of the Bureau of Facility Standards Bureau is to survey health care providers, including 17 different provider/suppliers, and ensure they meet both state and federal guidelines for providing proper care and treatment of patients and residents.  As Bureau Chief, I oversee IDHW's deployment of resources to fulfill its responsibilities as the Medicare State Survey Agency under Idaho's agreement with the Centers for Medicare and Medicaid Services (CMS).

4. If a facility or agency, such as a hospital, is state licensed and federally certified by a deeming agency, such facility or agency is exempt from routine State oversight.  Deeming authority means that the hospital is accredited by an organization with deeming authority and can elect to be "deemed" as meeting CMS requirements and State licensure based on successful accreditation.  If, however, a facility or agency is not deemed to meet state licensure or federal certification, it is subject to routine State oversight, to ensure compliance with federal and state licensing and certification requirements and periodic inspections.

5. IDHW's Bureau of Facility Standards does not have regulatory authority over physician practice offices, which are private businesses.  IDHW does not have regulatory authority over the individuals who work in the facilities/agencies.  IDHW does not have regulatory authority over the licensing of individual practitioners, such as physicians, nurses, or physician assistants.

6. It is the individual practitioner's licensing board, such as the Idaho Board of Medicine, that has regulatory and licensing authority over the individuals who work in health

DECLARATION OF DEBRA RANSOM - 2

care facilities and agencies.

7. Planned Parenthood of the Great Northwest and the Hawaiian Islands has not applied for a state license as a hospital, nor has it applied for federal certification which would allow it to receive Medicare or Medicaid funds. Therefore, Planned Parenthood of the Great Northwest and the Hawaiian Islands is not subject to licensing or inspections through the Bureau of Facility Standards.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on August 23, 2018.

*/s/ Debra A. Ransom*

_____
Debra A. Ransom

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Deborah A. Ferguson<br>daf@fergusondurham.com | Richard A. Eppink<br>reppink@acluidaho.org |
| Craig H. Durham<br>chd@fergusondurham.com | Molly Kafka<br>mkafka@acluidaho.org |
| Hannah Brass Greer<br>hannah.brassgreer@ppgnhi.org | Carrie Flaxman<br>carrie.flaxman@ppfa.org |

         /s/ Cynthia Yee-Wallace
        CYNTHIA YEE-WALLACE
        Deputy Attorney General

DECLARATION OF DEBRA RANSOM - 4