# EXHIBIT A

DECLARATION OF MICHELE D'ARCY-EVANS
Case No. 1:18-cv-00319-DCN

CURRICULUM VITAE

| | |
|---|---|
| NAME: | Michèle D'Arcy-Evans |
| Credentials: | SRN, SRM, ADM, MTD, CNM, MEd, PhD<br>WA -RN00101194 - 3/10/2020<br>ID - N-20991 - 8/31/2017<br>ID - Advanced Practice Nurse - CNM –16A – 8/31/2017<br>NPI - 1801284211 |
| Home Address: | 605 N Moore St<br>Moscow<br>ID 83843 |
| Contact Phone: | 208 310 6373 |
| E-mail Address: | mdarcy@lcsc.edu |
| Citizenship | Dual - UK and USA |

PRESENT POSITION:

| | |
|---|---|
| August 2000 to present | Professor, Division of Nursing, Lewis Clark State College |

PREVIOUS POSITIONS:

| | |
|---|---|
| August 1995 - August 2000 | Associate Professor (tenured), Division of Nursing, Lewis Clark State College |
| April 1992 - August 1995 | Assistant Professor, Division of Nursing, Lewis Clark State College |
| August 1989 - March 1992 | Registered Nurse and Childbirth Education Coordinator, Family Maternity Center, Pullman Memorial Hospital, Pullman, WA 99164. |
| May 1988 - August 1989 | Midwifery Faculty, School of Midwifery, Brook University, Oxford. |
| August 1987 - April 1988 | Staff Development & Clinical Instructor (Midwifery) (Grade: Midwifery Clinical Faculty), John Radcliffe Maternity Hospital, Oxford. |
| April 1986 - September 1986 | Research Midwife, John Radcliffe Maternity Hospital, Oxford. |
| November 1982 - April 1986 | Senior Midwife, John Radcliffe Hospital, Oxford. |
| July 1981 - November 1982 | Staff Midwife, John Radcliffe Maternity Hospital, Oxford. |

| | |
|---|---|
| August 1979-May 1980 | Staff Nurse, Female Medical Ward & Accident and Emergency Unit. University College Hospital, London. |

EARNED DEGREES:

| | |
|---|---|
| 2000 | Ph.D. in Education with a focus in Women's Health<br>University of Idaho |
| 1997 | Nurse-Midwifery Certification (CNM)<br>American College of Nurse-Midwives |
| 1996 | Masters Degree in Education<br>University of Idaho |
| 1987 | Post Graduate Certificate in the Education of Adults. (PGCAE)<br>University of Nottingham, |
| 1986 | Advanced Diploma in Midwifery, (specialist degree)<br>Queen Elizabeth Medical Centre.<br>Birmingham, UK. |
| 1982 | Certificate in Family Planning<br>John Radcliffe School of Midwifery, Oxford, UK.<br>Joint Board of Clinical Nursing Studies. |
| 1981 | Registered Midwife, (MSN equivalent)<br>John Radcliffe School of Midwifery, Oxford, UK. |
| 1979 | Registered General Nurse,<br>University College School of Nursing, London, UK. |

CERTIFICATIONS

Certified as Neonatal Resuscitation Instructor through AHA

Certified as Fetal Heart Monitoring (FHM) Program Instructor through AWHONN

Advanced Cardiovascular Life Support - ACLS Provider (7/2018)

Pediatric Advanced Life Support - PALS (12/18)

Trauma Nurse Core Certification - TNCC (8/20)

GRANTS:

2

Funded Sabbatical for Academic year 2016-2017

| | | |
|---|---|---|
| Fall 2015 | Faculty Development Grant | Funded |
| Spring 2014 | Idaho Children's Trust Fund Annual Grant Application | Funded |
| Spring 2014 | Faculty Development Grant | Funded |
| Fall 2012 | Faculty Development Grant | Funded |
| Spring 2012 | LCSC online/Hybrid Course Development Proposal | Funded |
| Fall 2009 | Faculty Development Grant | Funded |

Funded Sabbatical for Academic year 2008-2009

| | | |
|---|---|---|
| Fall 2007 | LCSC online/Hybrid Course Development Proposal | Funded |
| Fall 2007 | Faculty Development Grant | Funded |
| Spring 2007 | Idaho Technology Grant – Idaho State Board of Education | Funded |
| Spring 2006 | LCSC Institutional Development Grant | Funded |
| January 2001 | LCSC Faculty Development Grant | Funded |
| February 1999 | LCSC Faculty Development Grant | Funded |
| September 1996 | LCSC Education Technology Incentive Grant | Funded |
| August 1996 | LCSC Institutional Development Grant | Funded |
| May 1996 | LCSC Research Seed Grant | Funded |
| September 1995 | LCSC Institutional Development Grant | Funded |
| September 1994 | LCSC Institutional Development Grant | Funded |
| October 1993 | LCSC Institutional Development Grant | Funded |
| November 1992 | LCSC Institutional Development Grant | Funded |
| September 1992 | LCSC Institutional Development Grant | Funded |

PRESENTATIONS:

| | |
|---|---|
| 2016 | Can birth be normal? Promoting Natural Birth. Annual Professional Outreach Conference Promoting Excellence in Perinatal and Neonatal Care Spokane WA |
| 2016 | Waiting for the natural exit: C-Section reduction. Annual Professional Outreach Conference Promoting Excellence in Perinatal and Neonatal Care Spokane WA |
| 2016 | Promoting Normal Birth, Sandpoint, Idaho |
| 2016 | Infant Resuscitation Certification Class, for Air-rescue team (EMT's and Paramedics) – Lewiston |
| 2014 | No laughing matter - Nitrous Oxide use during labor<br>9th Annual Professional Outreach Conference<br>Promoting Excellence in Perinatal and Neonatal Care<br>Spokane WA |
| 2014 | Infant Resuscitation Certification Class, for Air-rescue team (EMT's and Paramedics) – Lewiston |
| 2013 | Speaker: Idaho Perinatal Nurse Leadership Summit Conference<br>Topic: Building a Team – Working with New Graduates |
| 2013 | Infant Resuscitation Class Community members, Moscow ID |
| 2012 | Keynote Speaker: Idaho Perinatal Nurse Leadership Summit Conference.<br>Title of Presentation – Birth Revisited |
| 2012 | Infant Resuscitation Certification Class, for Air-rescue team – Lewiston<br>Infant Resuscitation Certification Class, community members –Moscow, ID |
| 2009 | Infant Resuscitation Certification Class, for community members –Moscow, ID |
| 2008 | Infant Resuscitation Certification Class, for community members –Lewiston, ID |
| 2007 | Assisted with the organization of the Human Tracking Awareness Seminar Sponsored by the Catholic Charities of Idaho venue - LCSC |
| 2007 | Infant Resuscitation Certification Class, for community members –Lewiston, ID |
| 2005 | Infant Resuscitation Certification Class, Gritman Medical Center Moscow, ID |
| 2004 | Evaluating and determining fetal presentation – Gritman Medical Center, ID |
| 2001 | Antepartum Fetal Monitoring Pullman Memorial Hospital, Washington |

| | |
|---|---|
| 2001 | Infant Resuscitation Certification Class, Gritman Medical Center Moscow (2 complete classes) |
| 1999 | "Management of Labor" University of Idaho |
| 1998 | "Understanding Pregnancy and Labor" Washington State University |
| 1997 | "Pregnancy and Childbirth" Washington State University |
| 1996 | "Effects of Downsizing in Idaho," INA Convention, Boise. |
| 1996 | "Caring Behaviors in Clinical Practice", 8th Annual Rural Nursing Conference, University of Northern Colorado, Greeley, CO. |
| 1995 | "Self-reported Caring Behaviors of Students in Clinical Practice," 15th Annual Nursing Symposium, LCSC. |
| 1994 | "Self-reported Caring Behaviors of Students in Clinical Practice," Intercollegiate Center for Nursing Education, Spokane. |

CONSULTING/External Committees

| | |
|---|---|
| 2014 – 2016 | Idaho Infant Mortality Collaborative Improvement and Innovation Network-CoIIN |
| 2010 – 2016 | PESI HealthCare's Customer Advisory Panel |
| 2010 – 2014 | Idaho Nurse Excellence Award Committee |
| 2009 - present | ACNM – Continuing Education Section Program Evaluate Applications for CEU's |
| 2009 – present | Idaho Perinatal Project Advisory Board |
| 2008 - present | CCNE (Commission on Collegiate Nursing Education) accreditation team leader |
| 2008 – present | March of Dimes committee member |
| 2006 | SAIC Molecular Radar Commercialization Project (STRATUS) |
| 2006-8 | InstiComm – medical software |

PUBLICATIONS/REVIEWS:

| | |
|---|---|
| Spring 2015 | Reintroducing Nitrous Oxide into Obstetric Practice, RN Idaho. Vol 38, No.1. p.10 |

| | |
|---|---|
| Spring 2012 | Completed Chapter review of Chapter 10 in 6th edition of Nurses and Families : A guide to Family Assessment and Interventions by Lorraine Wright FA Davis Company |
| Spring 2009 | Completed Chapter on Prenatal Care (150 pages) for textbook 'Maternal-Child Nursing Mothers, Children and Families Across Care Setting published by F.A. Davis (2009) |
| Fall 2008 | Completed 2 Chapter reviews for Family Health Care Nursing (4th Ed.) by Joanna Kaakinen, Vivian Gedaly-Duff, Shirley Hanson and Deborah Coehlo published by F.A. Davis<br>Gerontological Family Nursing and Theoretical Foundations for the Nursing of Families |
| Spring 2008 | Completed Chapter review – Normal Pregnancy for Comprehensive Nursing Care textbook |
| Fall 2007 | Completed three chapter reviews for Pearson Publishers, Textbook – Medical-Surgical Nursing Care. Author: Burke, LeMone & Mohn-Brown<br>Chapter 14, 35 & 36. (Death and Dying, Women's Heath and STIs) |
| Spring 2007 | Completed Revision Plan Review for textbook - Family Health Care Nursing: Theory, Practice and research 3rd Ed. FA Davis Company |
| Spring 2007 | Service Learning Faculty Fellowship Program – reviewed faculty applications |
| Spring 2007 | March of Dimes – Grant Reviewer |
| Spring 2006 | Reviewed CD – Management of the Newborn Experience produced by the University of Cincinnati – changes made based on my feedback.<br><br>Reviewed 4 chapters: for Ball, J.W., & Bindler, R.C. (2006) Child Health Nursing: Partnering with Children and Families. Prentice Hall:New Jersey |
| Spring 2001 | M.Darcy-Evans."Roll the Camera, Artistic Production in the Classroom", accepted for publication - Nurse Educator, April/May 2001 |

M. D'Arcy-Evans, Review of "Circumcision – The Rest of the Story. A Selection of Articles, Letters and Resources 1979-1993" (Editor:  Peggy O' Mara), Bookmarks (ICEA publication), 1994.

M. D'Arcy-Evans, Review of "How to Get Pregnant with the New Technology" (Author: S. J. Silber MD), Bookmarks (ICEA publication), 1993

PROFESSIONAL MEMBERSHIPS:

Royal College of Midwives

American College of Nurse-Midwives

6

AWHONN

PROFESSIONAL SUBSCRIPTIONS:
    Midwives Chronicle Midwives Information and Resource Service
    Midwifery Digest
    Midwifery Today
    Neonatal and Intensive Care
    Obstetrics and Gynecology


EDUCATION (last 7 years):

Summer 2018    Advanced Cardiac Life Support Provider Class, 9.5 contact hours, AHA

Spring 2017    AMCB: Module: Gynecology and Primary Care for the Well-Woman
    ACNM Program number: 2016/013. ACNM Contact Hours: 20 contact hours
    Hours related to pharmacology: 7 Contact hours

Spring 2017    Is ADHD more common than child depression in suicide? (0.25 contact hrs)
    Medscape.  Certificate number: 61433400

Spring 2017    Role of ED Clinicians and Suicide Prevention: Closing the Gap (0.25 contact hrs)
    Medscape.  Certificate number: 61436210

Spring 2017    Virtual Hope Box?: There's an App for that. (0.25 contact hrs)
    Medscape.  Certificate number: 61433400

Spring 2017    Gender-Nonconforming Kids at increased risk for suicide (0.25 contact hrs)
    Medscape.  Certificate number: 61433190

Spring 2017    Can infection raise the risk for Suicide? (0.25 contact hrs)
    Medscape.  Certificate number: 61432896

Spring 2017    Individual strategies effective in suicide prevention  (0.25 contact hrs)
    Medscape.  Certificate number: 61075582

Spring 2017    Can eating disorders increase the risk for suicide?  (0.25 contact hrs)
    Medscape.  Certificate number: 61075256

Spring 2017    The Debate of Physician-Assisted Suicide: The Pros and Cons (0.25 contact hrs)
    Medscape.  Certificate number: 61075057

Spring 2017    It's not just postpartum; it's not just depression. (1.5 contact hrs) Medscape.
    Certificate number: 61435227

Spring 2017    Labor Induction: Acritical discussion of who, what and how?. (0.25 contact hrs
    pharmacology)   Medscape. Certificate number: 61435733

| | |
|---|---|
| Spring 2017 | After 1-2-3 Push: Caring for the Postpartum Mom and Infant. Kate Woehl, RN, MSN Texas Tech University Sciences Center |
| Fall 2016 | Apparent Life-Threatening Events (ALTE) and SIDS. (1.5 contact hrs) Sara Smock Jordan PhD, LMFT & Don Simpson CFSP, Texas Tech University Sciences Center |
| Fall 2016 | Suicide Prevention and Veterans. (1.5 contact hrs) Valerie Cox, LCSW. Texas Tech University Sciences Center |
| Fall 2016 | Adolescent Suicide. (1 contact hr) Brian Carr, PhD. Texas Tech University Sciences Center |
| Fall 2016 | Renewed Neonatal Resuscitation Program (NRP) Instructor Certification. (7th Ed.) |
| Fall 2016 | Trauma Nursing Core Course – Provider (TNCC), Emergency Nurses Association 17.65 contact hours |
| Summer 2016 | Advanced Cardiac Life Support Provider Class, 9.5 contact hours, AHA |
| Summer 2016 | Basic Adult Cardiac Rhythm Review, 1.5 hours AHA |
| Summer 2016 | Suicide Prevention and Veterans, Instructor Valerie Cox, LCSW, 1.5 hours |
| Summer 2016 | Intimate Partner (Domestic) Violence, Assessment and Treatment; Jason B. Whiting, PhD, LMFT, Texas Tech University Health Sciences Center. 2 AMA PRA category 1 Credits |
| Summer 2016 | Intimate Partner (Domestic) Violence, Typology and Causality; Jason B. Whiting, PhD, LMFT, Texas Tech University Health Sciences Center. 2 AMA PRA category 1 Credits |
| Summer 2016 | Principles and Skills in Online Teaching, 3 credit course offered by Thomas Edison State University, NJ. |
| Spring 2016 | Advance Evaluation & Management of Psychiatric Illness in Reproductive-Age Women. Adria Goodness, CNM, PMHNP. Boise, ID (3.5 contact hours are in the area of pharmacology) |
| Spring 2016 | Idaho Perinatal Project Winter Conference, Boise ID |
| Fall 2015 | Neonatal Abstinence Syndrome Rising in Incidence, Severity. Medscape: 0.25 *AMA PRA Category 1* (0.25 contact hours are in the area of pharmacology)   Certificate Number: 53809704 |
| Fall 2015 | Metformin, Lifestyle Combination Boosts Benefit in PCOS. Medscape: 0.25 *AMA PRA* |

8

|  |  |
|---|---|
|  | *Category 1* (0.25 contact hours are in the area of pharmacology)  Certificate Number: 53809462 |
| Fall 2015 | Updated ACOG Recommendations for Human Papillomavirus Vaccine. Medscape: 0.25 *AMA PRA Category 1* (0.25 contact hours are in the area of pharmacology) Certificate Number: 53808901 |
| Fall 2015 | Lower Inflammatory Biomarkers Linked to Vitamin D, Weight Loss. Medscape: 0.25 *AMA PRA Category 1* (0.25 contact hours are in the area of pharmacology) Certificate Number: 53808677 |
| Fall 2015 | Prophylactic Antibiotic Adherence Weak in Cesarean Delivery. Medscape: 0.25 *AMA PRA Category 1* (0.25 contact hours are in the area of pharmacology) Certificate Number: 53808485 |
| Fall 2015 | Assessing Your Understanding of Key Issues in Hemophilia, Medscape: 0.75 *Knowledge-based ACPE* (0.75 contact hours are in the area of pharmacology) |
| Fall 2015 | Role of Diet and Exercise in Diabetes Prevention, Medscape: 0.25 *Knowledge-based ACPE* |
| Fall 2015 | HIV Treatment: The Sooner the Better, Medscape: 0.25 *Knowledge-based ACPE* (0.25 contact hours are in the area of pharmacology) |
| Fall 2015 | Endocrine Society Releases Pharmacologic Weight Loss Guideline, Medscape: 0.25 *Knowledge-based ACPE* (0.25 contact hours are in the area of pharmacology) |
| Fall 2015 | Flipping the Classroom. "Nurse Tim' Elsevier 5.75 contact hours |
| Spring 2015 | Idaho Perinatal Project Winter Conference, Nampa, Idaho. 16 Contact hrs. |
| Spring 2015 | Nexplanon Pharmacology and Clinical training for insertion (2hrs) |
| Spring 2015 | Infant Mortality Collaboration for Improvement and Innovation Network webinar |
| Spring 2015 | Micromessaging: To reach and Teach Every Student. Webinar – presenter Dr. Meagan Pollock, The National Alliance for Partnership and Equity (NAPE) |
| Spring 2015 | CCNE Evaluator Training: CCNE Standards for Accreditation of Baccalaureate and Graduate Nursing Programs (2013) AACN Webinar 1.5 Contact Hours |
| Spring 2015 | CDC Data Reveal Increased Maternal Mortality Rates, Medscape: 0.25 *Knowledge-based ACPE* (0.025 CEUs) |
| Spring 2015 | Timing of Folic Acid Supplementation Crucial During Pregnancy, Medscape: 0.25 *AMA PRA Category 1* (0.25 contact hours are in the area of pharmacology) |
| Fall 2014 | CDC Data reveal increased maternal mortality rates. 0.25 *AMA PRA Category 1,* Certificate Number: 51120332 |

9

| | |
|---|---|
| Fall 2014 | Timing of Folic Acid Supplementation crucial during pregnancy. 0.25 *AMA PRA Category 1,* Certificate Number: 51069692 <span style="color:red">(0.25 contact hours are in the area of pharmacology)</span> |
| Fall 2014 | A Case-based Look at Effective Weight-Loss Strategies in Today's World. 2.0 *AMA PRA Category 1,* Certificate Number: 49343461 <span style="color:red">(2.0 contact hours are in the area of pharmacology)</span> |
| Fall 2014 | Communicating With Patients About EHRs. 0.5 *AMA PRA Category 1,* Certificate Number: 49342929 |
| Fall 2014 | Talking to Patients about health risk behaviors. 1.5 *AMA PRA Category 1,* Certificate Number: 49315593 |
| Fall 2014 | The affordable care act, your patients, and you. 1.25 *AMA PRA Category 1,* Certificate Number: 48777097 |
| Fall 2014 | CDC Reports decline in rates of induced labor. 0.25 *AMA PRA Category 1,* Certificate Number: 48658810 |
| Fall 2014 | Breastfeeding safe for Offspring of moms receiving AEDs. 0.25 *AMA PRA Category 1,* Certificate Number: 48655122 |
| Spring 2014 | Talking with Patients about the Affordable Care Act: Protecting Access to Care for Serious Illness. 0.25 *AMA PRA Category 1,* Certificate Number: 46964156 |
| Spring 2014 | Vaginal Childbirth and Pelvic Floor Disorders **1.00** *AMA PRA Category 1,* Certificate Number: 46961087 |
| Spring 2014 | GEMS Training Event: Child Victims in the Commercial Sex Industry |
| Fall 2013 | Stewards of Children Course and Facilitator Training |
| Fall 2013 | Idaho Perinatal Nurse Leadership Summit Conference |
| Summer 2013 | NCLEX Writing Panel – Chicago, IL (31.2 contact hours) |
| Spring 2013 | Palouse Clearwater Medical Conference, LCSC, ID |
| Spring 2013 | Idaho Perinatal Project Winter Conference, Nampa, ID |
| Fall 2012 | Women's Leadership Conference, U of I, Moscow, ID |
| Fall 2012 | Domestic Violence Workshop, YWCA, Lewiston, ID |

| | |
|---|---|
| Spring 2012 | Palouse Clearwater Medical Conference, LCSC, ID |
| Spring 2012 | Idaho Perinatal Project Winter Conference, Nampa. Idaho |
| Spring 2011 | Fetal Monitoring Instructor Course AWHONN, Boise Idaho |
| Fall 2011 | Advanced Fetal Monitoring Course AWHONN Spokane WA Workshop # CTYA100123 6 Hours CE |
| Fall 2011 | Domestic Violence Workshop – YWCA DNHS LCSC |
| Fall 2011 | Alternative to Violence Conference, YWCA, Clarkston WA |
| Fall 2011 | Management of Preterm Labor, ACNM Webinar |
| Fall 2011 | Booster Immunization Conference Lewiston ID |
| Fall 2011 | Self-study Program – Gynecology and Primary Care ACNM |
| Fall 2011 | Implementing Guidelines and Evidence-Based Medicine to Reduce the Risk for Osteoporotic Fractures Medscape 1.50 *AMA PRA Category 1* Certificate Number: 32907577 |
| Fall 2011 | Third-Generation Contraceptive Linked to Increased VTE Risk Medscape, LLC designates this enduring material for a maximum of 0.25 *AMA PRA Category 1* Certificate Number: 32905532 |
| Fall 2011 | Antidepressant Linked to Significant Reduction in Menopausal Hot Flashes Medscape, LLC designates this educational activity for a maximum of 0.25 *AMA PRA Category 1* Certificate Number: 32903812 |
| Fall 2011 | Optimizing the Use of Aromatase Inhibitors in Breast Cancer -- Issue 2. The university of Texas Southwestern Medical Center 1.00*AMA PRA Category 1 Credits*™ Certificate Number: 32900729 |
| Fall 2011 | Managing Comorbid Depression and Anxiety, Medscape 2.00 *AMA PRA Category 1* Certificate number: 32990961 |
| Spring 2011 | An Obesity Program may be Effective in Ethnically Diverse Children, Medscape, AMA PRA Category 1 Credit – 0.25, Certificate number: 30178873 |
| Spring 2011 | COMICE Results on MRI Before Breast-Conserving Surgery, Medscape, AMA PRA Category 1 Credit – 0.25. Certificate number: 30119705 |
| Spring 2010 | 'Food from Field to Table – A Dietitians' perspective'.  Presenter Verna Bergmann Univerisity of Idaho |

11

| | |
|---|---|
| Spring 2010 | CDC Issues Updated Guidelines for Testing for Tuberculosis, Medscape, AMA PRA Category 1 Credit – 0.25 |
| Spring 2010 | ShotSmart Immunization Conference, Coeur d'Alene ID |
| Spring 2010 | Idaho Perinatal Project Winter Conference, Nampa, ID |
| Spring 2010 | Gestational Diabetes Webinar. Presenter Marie Frazzitta. Pesi Health Care |

Faculty Role

As an educator, my goal is to provide a safe and supportive learning environment that encourages each student in his/her acquisition of new knowledge. Educational strategies need to be tailored to meet the needs of the students to effectively promote the development of critical thinking and problem-solving skills, while providing them with the ability to apply theoretical knowledge to clinical practice. To reach these goals students need to feel included, accepted, and respected. Facilitating students' growth, helping them to move toward their full potential and become independent learners is a challenge that I find motivating and rewarding.

As a senior Professor I have had the opportunity to gain experience in many faculty related roles. These include acting as Chairperson for many college and division committees, such as the College Tenure and Promotion committee, Faculty Affairs committee, Curriculum committee, together with many BSN committees. I have a strong interest in curriculum and program design , a number of years ago I constructed an accelerated BSN track. Over the years I have served as a mentor for junior faculty and been lead faculty/administrator for sections of the BSN program. This role included designing clinical experiences, planning student clinical rotas and facilitating contracts with clinical agencies.

I strongly support accreditation of nursing programs as a means of ensuring that educational offerings are meeting the required standards and providing an instructional service that meets the needs of the degree the student is seeking. For approximately ten years I have served as a volunteer evaluator for the Commission on Collegiate Nurse Education (CCNE) both as an academic evaluator and for the last few years as a team leader for two-three evaluations per year.

Previous experience also includes serving as an item writer for NCLEX.

CLINICAL/TEACHING:

As a Certified Nurse-Midwife my area of specialty is women's health care across the life span although my main focus is on prenatal, intra-partum, postpartum and neonatal care. Thus, the majority of my clinical practice and teaching lies within these areas and includes both theoretical and clinical components for both the generic BSN students and the Practical nursing students. I maintain my certification and prescription privileges by meeting the continuing education and clinical requirements required by the American Colleges of Nurse Midwives and the Idaho State Board of Nursing (Advanced Practice). To ensure excellence in teaching I keep abreast of changes in my field of practice and bring these in a challenging manner to my interactions with students.

I am Nationally Certified through the American Heart Association and the American Academy of Pediatrics as a Neonatal Resuscitation Instructor and I offer classes through the college and in the community for individuals to gain knowledge and skills to assist newborns requiring resuscitation. Upon completion of the course certification in neonatal resuscitation is available. Approximately 1 million newborn dies each year worldwide due to birth asphyxia therefore I feel this course is of paramount importance.

My philosophy for midwifery and nursing is centered on the client. My role includes providing safe, competent and individualized care that encompasses advice, support, explanation, and encouragement. Each client needs to be supported in their desire to gain and maintain their optimal level of wellbeing together with the skills to help them recognize and seek healthy behaviors. Providing midwifery and nursing care is both an art and a science, and while knowledge and understanding is crucial, a humanistic approach is also essential. A midwife or nurse needs the abilities and qualities to provide understanding, creative, critical and effective thinking and rational judgment. Together with an appreciation and aptitude for midwifery/medical/nursing-based research, and an awareness, interest and respect for general research that is applicable to, and may have implications for her area of practice thus promoting the provision of evidence-based care. Effective communication skills are essential to be able to offer health care and advice, understanding, support and reassurance. Communication skills are an extension of the individual person - therefore the need for self-awareness is apparent if successful communication is to be achieved. Health care providers need to attain and maintain skills and attitudes that promote the ability to respond to the changing needs of the clients, and community she/he cares for irrespective of the setting. Together with an understanding and acceptance of the cultural and ethnic variations within the society to which

she/he belongs.