LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

CYNTHIA YEE-WALLACE, ISB #6793
PETER L. WUCETICH, ISB #10557
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:     (208) 334-2400
Facsimile:      (208) 854-8073
cynthia.wallace@ag.idaho.gov
peter.wucetich@ag.idaho.gov
           Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE G. WASDEN, et al.,<br><br>Defendants. | Case No. 1:18-cv-00319-DCN<br><br>**DECLARATION OF ELKE SHAW-TULLOCH** |

I, Elke Shaw-Tulloch, hereby declare as follows:

1.      I am the Division Administrator of Public Health for the Bureau of Vital Statistics for the Idaho Department of Health and Welfare ("DHW"), and have held this position since September 2012.  In my role as Division Administrator of Public Health, my duties include

DECLARATION OF ELKE SHAW-TULLOCH - 1

oversight of the administration of the Division of Public Health under the authority of the Director of the Department of Health and Welfare.

2.  DHW is required to create the forms that implement the Complications Reporting Act (Idaho Code §§ 35-9501 *et seq*.) (the "Act"). These forms have been created, but have not yet been implemented or made available to the public. DHW will comply with the requirements in the Act, including the confidentiality provisions in Idaho Code § 39-9504(6), (7), (8) and (9) if it receives any reports filed under the Act.

3.  Attached to this Declaration as <u>Exhibit A</u> is a true and correct copy of the "Report of Induced Termination of Pregnancy" form maintained by DHW and currently required to be filled out by physicians who perform abortions in Idaho. The complications list as shown on the current form has been consistent since 1978.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on August 24, 2018.

By  */s/ Elke Shaw-Tullock*
Elke Shaw-Tulloch

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Deborah A. Ferguson<br>daf@fergusondurham.com | Richard A. Eppink<br>reppink@acluidaho.org |
| Craig H. Durham<br>chd@fergusondurham.com | Molly Kafka<br>mkafka@acluidaho.org |
| Hannah Brass Greer<br>hannah.brassgreer@ppgnhi.org | Carrie Flaxman<br>carrie.flaxman@ppfa.org |

                                                 /s/ Cynthia Yee-Wallace
                                                CYNTHIA YEE-WALLACE
                                                Deputy Attorney General