# EXHIBIT A

DECLARATION OF ELKE SHAW-TULLOCK
Case No. 1:18-cv-00319-DCN

# State of Idaho
## REPORT OF INDUCED TERMINATION OF PREGNANCY

TYPE/PRINT IN PERMANENT BLACK INK
FOR INSTRUCTIONS SEE HANDBOOK

State File No. _____

Vital Statistics
P.O. Box 83720
Boise, Idaho 83720-0036

Submit directly to:

| # | Field |
|---|---|
| 1. | FACILITY NAME *(if not clinic or hospital, give address)* |
| 2. | CITY, TOWN, OR LOCATION OF PREGNANCY TERMINATION |
| 3. | COUNTY OF PREGNANCY TERMINATION |
| 4. | PATIENT'S IDENTIFICATION CODE |
| 5. | AGE LAST BIRTHDAY *(if under 18, you must complete item #19)* |
| 6. | MARRIED? *(At termination, conception, or any time between)* ☐ YES ☐ NO |
| 7. | DATE OF PREGNANCY TERMINATION *(Mo, Day, Yr)* |
| 8a. | RESIDENCE - STATE |
| 8b. | COUNTY |
| 8c. | CITY, TOWN, OR LOCATION |
| 8d. | INSIDE CITY LIMITS? ☐ YES ☐ NO |
| 8e. | ZIP CODE *(First five digits only)* |
| 9. | OF HISPANIC ORIGIN? *(Specify No or Yes- if yes, specify Cuban, Mexican, Puerto Rican, etc.)* ☐ NO ☐ YES  Specify: _____ |
| 10. | RACE - American Indian, Black, White, Japanese, etc. *(Specify below)* |
| 11. | EDUCATION *(Specify only highest grade completed)*  Elementary/Secondary (0-12)   College (1-4 or 5+) |
| 12. | DATE LAST NORMAL MENSES BEGAN *(Month, Day, Year)* |

**14. PREVIOUS PREGNANCIES** *(Complete each section)*

| LIVE BIRTHS | | OTHER TERMINATIONS | |
|---|---|---|---|
| 14a. Now Living | 14b. Now Dead | 14c. Spontaneous *(Include fetal deaths)* | 14d. Induced *(Do not include this termination)* |
| Number _____ ☐ None | Number _____ ☐ None | Number _____ ☐ None | Number _____ ☐ None |

| 13a. | CLINICAL ESTIMATE OF GESTATION (Weeks) *(See question #20 for additional information)* |
|---|---|
| 13b. | METHOD OF DETERMINING GESTATIONAL AGE  ☐ Ultrasound  ☐ Other (specify) _____  ☐ Pelvic Exam  ☐ None |

### 15. TERMINATION PROCEDURES

**15a. PROCEDURE THAT TERMINATED PREGNANCY** *(Check only one)*

- (1) ☐ Suction Curettage
- (2) ☐ Medical (Nonsurgical) *(Specify medications below)*
- (3) ☐ Dilation and Evacuation (D&E)
- (4) ☐ Intra-Uterine Instillation (Saline or Prostaglandin)
- (5) ☐ Sharp Curettage (D&C)
- (6) ☐ Hysterotomy/Hysterectomy
- (7) ☐ Other *(Specify)* _____

**15b. ADDITIONAL PROCEDURES USED FOR THIS TERMINATION, IF ANY** *(Check all that apply)*

- (1) ☐
- (2) ☐
- (3) ☐
- (4) ☐
- (5) ☐
- (6) ☐
- (7) ☐

**15c. COMPLICATIONS OF TERMINATION** *(Check all that apply)*

- (0) ☐ None
- (1) ☐ Hemorrhage
- (2) ☐ Infection
- (3) ☐ Uterine Perforation
- (4) ☐ Cervical Laceration
- (5) ☐ Retained Products
- (6) ☐ Other *(Specify)* _____

| 16. | PATIENT EDUCATIONAL MATERIALS PROVIDED? ☐ YES ☐ NO |
| 17. | NAME OF ATTENDING PHYSICIAN *(Type/Print)* |
| 18. | NAME OF PERSON COMPLETING REPORT *(Type/Print)* |

**IF PATIENT IS UNDER 18 YEARS OF AGE, COMPLETE EITHER 19a. OR 19b.**

**19a. TERMINATION PERFORMED FOLLOWING PHYSICIAN'S RECEIPT OF:** *(Check only one)*

- (1) ☐ Written informed consent of a parent, guardian or conservator and the minor
- (2) ☐ Written informed consent of emancipated minor for herself
- (3) ☐ Written informed consent of minor for herself pursuant to court order granting minor right to self-consent
- (4) ☐ Court order which includes finding that abortion is in best interests of minor, despite absence of parental consent
- (5) ☐ Certification from minor that pregnancy resulted from rape or sexual conduct with minor by the minor's parent, stepparent, uncle, grandparent, sibling, adoptive parent, legal guardian, or foster parent

**OR**

**19b. TERMINATION PERFORMED FOLLOWING MEDICAL EMERGENCY:** *(Specify diagnosis below)*

_____

**IF DETERMINATION OF POSTFERTILIZATION AGE WAS 20 WEEKS OR GREATER, OR UNKNOWN, COMPLETE ITEM 20**

**20. MEDICAL CONDITION THAT NECESSITATED THE ABORTION AT 20 OR GREATER WEEKS POSTFERTILIZATION:**

- (1) ☐ Patient had a condition that so complicated her medical condition as to necessitate the abortion of this pregnancy to avert her death or to avert serious risk of substantial and irreversible physical impairment of a major bodily function, not including psychological or emotional conditions
- (2) ☐ It was necessary to preserve the life of an unborn child
- (3) ☐ Determination of probable postfertilization age was not made. Provide the basis of the determination that a medical emergency existed: *(specify below)*

_____

HWH-0135
(1-13)

48411E