**EXHIBIT C**

DECLARATION OF CYNTHIA YEE-WALLACE
Case No. 1:18-cv-00319-DCN

# In-Clinic Abortion

**In This Section**

1. In-Clinic Abortion
2. What happens during an in-clinic abortion? (/learn/abortion/in-clinic-abortion-procedures/what-happens-during-an-in-clinic-abortion)
3. What can I expect after an in-clinic abortion? (/learn/abortion/in-clinic-abortion-procedures/what-can-i-expect-after-having-an-in-clinic-abortion)
4. How safe is an in-clinic abortion? (/learn/abortion/in-clinic-abortion-procedures/how-safe-is-an-in-clinic-abortion)
5. How do I get an in-clinic abortion? (/learn/abortion/in-clinic-abortion-procedures/how-do-i-get-an-in-clinic-abortion)



## What is an abortion?

Abortion is a medical procedure that ends a pregnancy. In-clinic abortion procedures are safe and effective. In-clinic abortions are also called surgical abortions.

**Thinking about getting an abortion?**
**FIND A HEALTH CENTER  ⊙ (/HEALTH-CENTER)**

## What are the types of in-clinic abortions?

In-clinic abortion works by using suction to take a pregnancy out of your uterus. There are a couple of kinds of in-clinic abortion procedures. Your doctor or nurse will know which type is right for you, depending on how far you are into your pregnancy.

Suction abortion (also called vacuum aspiration) is the most common type of in-clinic abortion. It uses gentle suction to empty your uterus. It's usually used until about 14-16 weeks after your last period.

Dilation and Evacuation (D&E) is another kind of in-clinic abortion procedure. It uses suction and medical tools to empty your uterus. You can get a D&E later in a pregnancy than aspiration abortion -- usually if it has been 16 weeks or longer since your last period.

## How effective are in-clinic abortions?

In-clinic abortions are extremely effective. They work more than 99 out of every 100 times. Needing to get a repeat procedure because the abortion didn't work is really rare.

## When can I get an in-clinic abortion?

How early you can get an abortion depends on where you go. In some places, you can get it as soon as you have a positive pregnancy test. Other doctors or nurses prefer to wait until 5-6 weeks after the first day of your last period.

How late you can get an abortion depends on the laws in your state and what doctor, abortion clinic, or Planned Parenthood health center you go to. It may be harder to find a health care provider who will do an abortion after the 12th week of pregnancy, so it's best to try to have your abortion as soon as possible.

## Why do people choose an in-clinic abortion?

Which kind of abortion you choose all depends on your personal preference and situation. Some people choose in-clinic abortion because they want to to have their procedure done at a health center, with nurses, doctors, and trained support staff there the whole time. (With the abortion pill, you have the abortion at home.)

In-clinic abortions are also much faster than the abortion pill: most in-clinic abortions only take about 5-10 minutes, while a medication abortion may take up to 24 hours to complete.

Your nurse, doctor, or health center counselor can help you decide which kind of abortion is best for you.

Next
What happens during an in-clinic abortion?

What Happens During an In-Clinic Abortion? Page 1 of 5

Case 1:18-cv-00319-DCN   Document 12-11   Filed 08/24/18   Page 5 of 18

# What happens during an in-clinic abortion?

**In This Section**

1. In-Clinic Abortion (/learn/abortion/in-clinic-abortion-procedures)
2. What happens during an in-clinic abortion?
3. What can I expect after an in-clinic abortion? (/learn/abortion/in-clinic-abortion-procedures/what-can-i-expect-after-having-an-in-clinic-abortion)
4. How safe is an in-clinic abortion? (/learn/abortion/in-clinic-abortion-procedures/how-safe-is-an-in-clinic-abortion)
5. How do I get an in-clinic abortion? (/learn/abortion/in-clinic-abortion-procedures/how-do-i-get-an-in-clinic-abortion)

You'll go to a health center for counseling, an exam, and the abortion. The abortion itself usually takes 5-10 minutes, and you'll get medicine to help with any pain.

**Thinking about getting an abortion?**
**FIND A HEALTH CENTER  → (/HEALTH-CENTER)**

## What do I need to do before my in-clinic abortion procedure?

Before your abortion, you'll meet with your nurse, doctor, or health center counselor to talk about whether abortion is the right decision for you, and what your abortion options are.  You'll get an exam and lab tests, and may get an ultrasound to figure out how far into your pregnancy you are.

Your nurse or doctor will let you know if there's anything else you need to do to prepare for your abortion. They'll give you written instructions on how to care for yourself after your abortion and how to take any medication they give you. You'll also get a number you can call 24/7 if you have any questions or concerns.

You'll probably have some bleeding and cramping after your abortion. So plan ahead to make your recovery time more comfortable. Give yourself the rest of the day to relax. Have maxi pads ready, and a heating pad for cramps in case you need it. Make sure you have some pain medication like ibuprofen (Advil or Motrin) — but don't take aspirin because it can make you bleed more.

## How do abortions work?

Suction abortion is the most common kind of abortion procedure.

Before your abortion, you'll get pain medicine to help with cramping. You may be able to get sedation during the abortion. With some kinds of sedation, you're awake but super relaxed, and with others you are completely asleep. You'll also get antibiotics to help prevent infections.

A nurse or doctor may give you medication to help open your cervix before your abortion. Sometimes they also put small dilator sticks called laminaria into the opening of your cervix a day or a few hours before your procedure. The laminaria absorb fluid from your body and get bigger, which slowly stretches your cervix open.

In the procedure room, there will be a staff person there to help the doctor or nurse and support you during your abortion.

During a suction abortion procedure, the doctor or nurse will:

- examine your uterus

- put a speculum in to see into your vagina

- inject a numbing medication into or near your cervix

- stretch the opening of your cervix with a series of dilating rods if you haven't had them put in earlier

- insert a thin tube through your cervix into your uterus

- use a small, hand-held suction device or suction machine to gently take the pregnancy tissue out of your uterus

- they may also use a small surgical tool called a curette to remove any tissue that's left in your uterus, or check to make sure your uterus is totally empty.

Once your abortion is over, you'll hang out in a recovery area until you feel better and are ready to leave.

This type of abortion only takes about 5 to 10 minutes. But your appointment will take longer because you'll need to have an exam, read and sign forms, and stay in the recovery room afterwards for up to about an hour.

Thinking about birth control? You can get an implant, shot, or prescription for birth control while you're there. Some doctors, abortion clinics, and Planned Parenthood health centers can put an IUD in your uterus right after your abortion, during the same procedure.

## What happens during a D&E (dilation and evacuation) procedure?

D&E is usually used for abortions later than 16 weeks after your last period. Before a D&E abortion, your nurse or doctor will prepare your cervix. This means you may get medication that helps open your cervix. Your doctor might also put small, dilator sticks called laminaria into the opening of your cervix a day or a few hours before the procedure. The laminaria absorb fluid from your body and get bigger, which slowly stretches your cervix open.

For later second-trimester abortions, you may also need a shot through your abdomen (belly) before the procedure starts.

Before your abortion, you'll get pain medicine to help with cramping. You may be able to get sedation during the abortion. With some kinds of sedation, you're awake but super relaxed, and with others you are completely asleep. You'll also get antibiotics to help prevent infections.

Once you're in the procedure room, there will be a staff member there to help the

doctor and support you during the abortion.

During a D&E abortion, the doctor or nurse will:

- examine your uterus
- put a speculum in to see into your vagina
- inject a numbing medication into or near your cervix
- stretch the opening of your cervix with a series of dilating rods
- insert a thin tube through your cervix into your uterus
- use a combination of medical tools and a suction device to gently take the pregnancy tissue out of your uterus

Once the procedure is done, you'll hang out in a recovery area until you feel better and are ready to leave.

A D&E procedure usually takes between 10 and 20 minutes. But your appointment will take longer because you'll need to have an exam, read and sign forms, get your cervix prepared, and stay in the recovery room afterwards for up to about an hour.

If you're interested in getting birth control, ask about getting an implant, IUD, shot, or prescription for another kind of birth control while you're there.

## Does an abortion hurt?

Having an abortion feels different for everyone — it can be super painful or just a little uncomfortable. Your level of discomfort can depend on the medications you get, how far into your pregnancy you are, and how much cramping and pain you have. For most people, it feels like strong period cramps.

Your doctors and nurses will help make your abortion as comfortable as possible. You'll get pain and numbing medications that will make it hurt less and you may get sedation.

You may have a little cramping after your abortion. You'll probably want to take it easy for a while afterward, but most people are back to normal the next day.

What Happens During an In-Clinic Abortion? Page 5 of 5

Case 1:18-cv-00319-DCN    Document 12-11    Filed 08/24/18    Page 9 of 18

**Previous**
-
Overview

**Next**
What can I expect after an in-clinic abortion?

What are the Side Effects of In-Clinic Abortions? Page 1 of 4

Case 1:18-cv-00319-DCN   Document 12-11   Filed 08/24/18   Page 10 of 18

# What can I expect after having an in-clinic abortion?

**In This Section**

1. In-Clinic Abortion (/learn/abortion/in-clinic-abortion-procedures)
2. What happens during an in-clinic abortion? (/learn/abortion/in-clinic-abortion-procedures/what-happens-during-an-in-clinic-abortion)
3. What can I expect after an in-clinic abortion?
4. How safe is an in-clinic abortion? (/learn/abortion/in-clinic-abortion-procedures/how-safe-is-an-in-clinic-abortion)
5. How do I get an in-clinic abortion? (/learn/abortion/in-clinic-abortion-procedures/how-do-i-get-an-in-clinic-abortion)

You may have cramping, bleeding, and spotting after your abortion. You'll want to rest for a while, but most people are back to their usual activities the next day.

**Thinking about getting an abortion?**
**FIND A HEALTH CENTER ⊙ (/HEALTH-CENTER)**

## What happens after my abortion?

Right after your abortion, you'll rest in a recovery room for up to around an hour. If you had any kind of sedation, you can't drive or leave by yourself, so bring someone to help you get home safely. Plan on taking it easy for the rest of the day.

You can go back to work, school, driving, and most other normal activities the next day if you feel up to it. But DON'T do hard work or heavy exercise for several days. You can have sex as soon as you feel ready.

It's normal to have some bleeding after an abortion. You can use pads, tampons, or a menstrual cup — whatever's the most comfortable for you. But your nurse or doctor may recommend you use pads so you can track how much you're bleeding. You may have spotting for several weeks. And some people don't bleed at all. All of this is normal.

You'll get written information about what to expect and how to take care of yourself after your abortion. You'll get a phone number you can call with any questions or concerns -- we're here to help 24/7 after your abortion.

It's important to take all of your antibiotics, no matter how you feel. Your doctor or nurse may want you to come back for a follow-up appointment in 2-4 weeks.

Most people don't have any problems after their abortion, and recovery is usually quick and easy. But call your doctor right away if you:

- soak 2 maxi pads per hour for 2 hours

- have belly pain or cramps that don't get better with pain medication

- have a fever of 100.4° F or higher

## How will I feel after my abortion?

It varies from person to person. You'll probably have some bleeding and cramping after your abortion, so plan on resting in a comfortable place afterwards.

Most people are back to their regular activities within a day, but recovery after a D&E can take a little longer. You can take pain medication like acetaminophen (Tylenol) or ibuprofen (Advil or Motrin). You can also put a heating pad or hot water bottle on your belly or have someone rub your back. If you're not feeling well after a couple of days, call your doctor or nurse.

You may have a range of emotions (/learn/abortion/considering-abortion) after having an abortion. Most people feel relief, but sometimes people feel sad or regretful. This is totally normal. If your mood keeps you from doing the things you

usually do each day, call your doctor or nurse for help. You can also call Exhale

All-Options for free, confidential, and non-judgmental emotional support after an abortion – no matter how you're feeling.

## How will my abortion affect my periods?

Abortion starts a new menstrual cycle, so your period should go back to normal 4-8 weeks after your abortion. When your next period will come depends on the birth control method you use.

If you're not on birth control, you should have a period by 8 weeks after your abortion. If you're not using birth control and you don't get your period 8 weeks after your abortion, call your doctor or health center.

You may have some bleeding right after your abortion that's different than your period. You could have heavy bleeding with clots for a few days, or spotting for several weeks. You can use pads, tampons, or a menstrual cup — whatever's the most comfortable for you. But your nurse or doctor may recommend you use pads so you can track how much you're bleeding. If you're concerned about bleeding after your abortion, give your nurse or doctor a call.

## How soon can I have sex after an in-clinic abortion?

You can have sex as soon as you feel ready.

## When can I start using birth control after my abortion?

You can get pregnant right after your abortion, so it's a good idea to talk with your nurse or doctor about birth control (/learn/birth-control) as soon as you can – they can help you find a method that's right for you. You can start using birth control immediately after having an abortion.

What are the Side Effects of In-Clinic Abortions? Page 4 of 4

Case 1:18-cv-00319-DCN   Document 12-11   Filed 08/24/18   Page 13 of 18

Some doctors, abortion clinics, and Planned Parenthood health centers can put an IUD (/learn/birth-control/iud) in your uterus right after your abortion, during the same procedure. This is really convenient because you'll get super effective birth control without having to go to a separate appointment. Ask about getting an IUD at the same time as your abortion when you call to make your appointment.

**Previous**
What happens during an in-clinic abortion?

**Next**
How safe is an in-clinic abortion?

Are In-Clinic Abortion Procedures Safe?   Page 1 of 3

Case 1:18-cv-00319-DCN   Document 12-11   Filed 08/24/18   Page 14 of 18

# How safe is an in-clinic abortion?

**In This Section**

1. In-Clinic Abortion (/learn/abortion/in-clinic-abortion-procedures)
2. What happens during an in-clinic abortion? (/learn/abortion/in-clinic-abortion-procedures/what-happens-during-an-in-clinic-abortion)
3. What can I expect after an in-clinic abortion? (/learn/abortion/in-clinic-abortion-procedures/what-can-i-expect-after-having-an-in-clinic-abortion)
4. How safe is an in-clinic abortion?
5. How do I get an in-clinic abortion? (/learn/abortion/in-clinic-abortion-procedures/how-do-i-get-an-in-clinic-abortion)

In-clinic abortion is a very safe, simple, and common procedure. Serious problems are really rare, but like all medical procedures, there can be some risks.

**Thinking about getting an abortion?**
**FIND A HEALTH CENTER ⊙ (/HEALTH-CENTER)**

## What are the possible risks of having an abortion?

In-clinic abortion is very common, and it's one of the safest medical procedures you can get. Abortions are similar, in terms of level of risk, to other gynecological procedures that take place in doctor's offices every day.

But like any medical procedure, there are some risks. The chances of problems gets higher the later you get the abortion, and if you have sedation or general anesthesia.

Serious complications are really rare, but can happen. These include:

- the abortion doesn't work and the pregnancy doesn't end
- some of the pregnancy tissue is left in your uterus
- blood clots in your uterus
- very heavy bleeding
- infection
- injury to your cervix, uterus or other organs
- allergic reaction to medication

These problems are really rare, and they're usually easy to treat. If your abortion doesn't end your pregnancy or get all the pregnancy tissue out, you may need another procedure — but this isn't common.

In extremely rare cases, some complications can be very serious or even life-threatening. Call your doctor right away if you have:

- heavy bleeding from your vagina that soaks through more than 2 maxi pads in an hour, for 2 or more hours in a row
- severe pain or discomfort in your belly that medication doesn't help
- a fever of 100.4 or higher

If you have bad smelling discharge from your vagina or signs that you are still pregnant (/learn/pregnancy/how-pregnancy-happens), call and make an appointment. If you have any questions or concerns, you can always call the 24/7 number that you get when you have your abortion.

## Does abortion have long-term side effects?

In-clinic abortion procedures are common and effective, and millions of people have gotten these abortions safely.

Are In-Clinic Abortion Procedures Safe? Page 3 of 3

Case 1:18-cv-00319-DCN   Document 12-11   Filed 08/24/18   Page 16 of 18

Unless there's a rare and serious complication that's not treated, there's no risk to your future pregnancies or to your overall health. Having an abortion doesn't increase your risk for breast cancer or affect your fertility. It doesn't cause problems for future pregnancies like birth defects, premature birth or low birth weight, ectopic pregnancy, miscarriage, or infant death.

Serious, long-term emotional problems after an abortion are rare, and about as uncommon as they are after giving birth. They are more likely to happen in people who have to end a pregnancy because of health reasons, people who do not have support around their decision to have an abortion, or people who have a history of mental health problems. Most people feel relief after an abortion.

There are many myths out there about the effects of abortion. Your nurse or doctor can give you accurate information about in-clinic abortion side effects, risks, or any other concerns you have.

Previous
What can I expect after an in-clinic abortion?

Next
How do I get an in-clinic abortion?

Where Can I Get an In-Clinic Abortion? Page 1 of 2

Case 1:18-cv-00319-DCN   Document 12-11   Filed 08/24/18   Page 17 of 18

# How do I get an in-clinic abortion?

**In This Section**

1. In-Clinic Abortion (/learn/abortion/in-clinic-abortion-procedures)
2. What happens during an in-clinic abortion? (/learn/abortion/in-clinic-abortion-procedures/what-happens-during-an-in-clinic-abortion)
3. What can I expect after an in-clinic abortion? (/learn/abortion/in-clinic-abortion-procedures/what-can-i-expect-after-having-an-in-clinic-abortion)
4. How safe is an in-clinic abortion? (/learn/abortion/in-clinic-abortion-procedures/how-safe-is-an-in-clinic-abortion)
5. How do I get an in-clinic abortion?

You can get an abortion from a doctor, abortion clinic, or Planned Parenthood health center. You may be able to get your abortion for free or at low cost.

**Thinking about getting an abortion?**
**FIND A HEALTH CENTER ⊙ (/HEALTH-CENTER)**

## Where can I get an in-clinic abortion?

You can get an in-clinic abortion at many Planned Parenthood health centers (/health-center). Our caring doctors and nurses are experts at providing safe abortion and providing support throughout the process. You can also get an abortion from some private doctors or gynecologists, family planning clinics, and abortion clinics. Contact your local Planned Parenthood (/health-center) for more information about where to get an abortion in your area.

Depending on where you live, there may be age restrictions or waiting periods (/learn/teens/preventing-pregnancy-stds/parental-consent-and-notification-laws) to get an abortion. You can ask about these when you call to make your appointment. All abortions

are very safe, but it may be harder to find a health care provider who will do an abortion after the 12th week of pregnancy, so it's best to try to have your abortion as soon as possible.

When looking for a place to get an abortion, beware of "crisis pregnancy centers." real) These fake clinics seem like medical centers that offer abortions or other pregnancy options, but they're actually run by people who want to scare or shame people out of getting an abortion.

## How much does an abortion cost?

An abortion in the first trimester can cost up to $1,500, but it's often less. The price of an abortion depends on where you get it (hospitals are often more expensive), and whether or not you have health insurance that will cover some or all of the cost. The cost also varies based on how long you've been pregnant — a second-trimester abortion usually costs more.

Your abortion may be free or low cost with health insurance, but some insurance plans don't cover abortions. You can call your insurance provider directly to find out their policies.

Some government health insurance plans in certain states (like Medicaid) cover abortion, but others don't. And some plans only cover abortion in certain cases. Your local Planned Parenthood (/health-center) can give you more information about coverage in your state, or other funds that can help you pay for an abortion.

Planned Parenthood works to give the services you need, whether or not you have insurance. If you're worried about cost, call your local Planned Parenthood health center (/health-center)  to see if they can connect you with health care that fits your budget.

Previous
How safe is an in-clinic abortion?