# EXHIBIT E

DECLARATION OF CYNTHIA YEE-WALLACE
Case No. 1:18-cv-00319-DCN

| West's Annotated Indiana Code |
|---|
| Title 16. Health |
| Article 34. Abortion |
| Chapter 2. Requirements for Performance of Abortion; Criminal Penalties |

IC 16-34-2-4.7

16-34-2-4.7 Abortion complication; reporting

Effective: July 1, 2018

Currentness

Sec. 4.7. (a) As used in this section, "abortion complication" means any adverse physical or psychological condition arising from the induction or performance of an abortion. The term includes the following:

(1) Uterine perforation.

(2) Cervical perforation.

(3) Infection.

(4) Hemorrhaging.

(5) Blood clots.

(6) Failure to terminate the pregnancy.

(7) Incomplete abortion (retained tissue).

(8) Pelvic inflammatory disease.

(9) Missed ectopic pregnancy.

(10) Cardiac arrest.

(11) Respiratory arrest.

(12) Renal failure.

(13) Metabolic disorder.

(14) Shock.

(15) Embolism.

(16) Coma.

(17) Placenta previa in subsequent pregnancies.

(18) Pre-term delivery in subsequent pregnancies.

(19) Free fluid in the abdomen.

(20) Hemolytic reaction due to the administration of ABO-incompatible blood or blood products.

(21) Hypoglycemia occurring while the patient is being treated at the abortion facility.

(22) Physical injury associated with treatment performed at the abortion facility.

(23) Adverse reaction to anesthesia or other drugs.

(24) Psychological or emotional complications, including depression, suicidal ideation, anxiety, and sleeping disorders.

(25) Death.

(26) Any other adverse event as defined by criteria provided in the Food and Drug Administration Safety Information and Adverse Event Reporting Program.

(b) The following persons shall report to the state department each case in which the person treated a patient suffering from an abortion complication:

(1) A physician licensed under IC 25-22.5.

(2) A hospital licensed under IC 16-21.

(3) An abortion clinic licensed under IC 16-21-2-2.5.

(c) The state department shall develop a process for the submission of a report under this section.

(d) A report under this section shall be submitted to the state department in the manner prescribed by the state department.

(e) The report under this section must include the following information concerning the abortion complication:

(1) The date the patient presented for treatment for the abortion complication.

(2) The age of the patient.

(3) The race of the patient.

(4) The county and state of the patient's residence.

(5) The type of abortion obtained by the patient.

(6) The date of abortion obtained by the patient.

(7) The name of the:

    (A) abortion clinic;

    (B) medical facility; or

    (C) hospital;

where the patient obtained the abortion.

(8) Whether the patient obtained abortion medication via mail order or Internet web site, and if so, information identifying the source of the medication.

(9) Whether the complication was previously managed by the abortion provider or the abortion provider's required back-up physician.

(10) The name of the medications taken by the patient as part of the pharmaceutical abortion regimen, if any.

(11) A list of each diagnosed complication.

(12) A list of each treated complication, with a description of the treatment provided.

(13) Whether the patient's visit to treat the complications was the original visit or a follow-up visit.

(14) The date of each follow-up visit, if any.

(15) A list of each complication diagnosed at a follow-up visit, if any.

(16) A list of each complication treated at a follow-up visit, if any.

(f) Before February 1, 2019, the state department shall inform in writing all providers described in subsection (b) of the new reporting requirements for abortion complications. This subsection expires December 31, 2019.

(g) Not later than June 30 of each year, the state department shall compile a public report summarizing the information collected under this section. The report must include statistics for the previous calendar year, with updated information for the most recent calendar year.

(h) The state department shall summarize the aggregate data from the data submitted under this section and submit the data, on or before June 30 of each year, to the United States Centers for Disease Control and Prevention for its inclusion in the annual Vital Statistics Report.

(i) The state department shall ensure that no identifying information of a pregnant woman is included in the report described in subsection (g).

(j) This subsection applies after August 31, 2019. Each failure to report an abortion complication as required under this section is a Class B misdemeanor.

(k) Before January 1, 2019, the state department shall adopt rules under IC 4-22-2 to implement this section.

**Credits**

As added by P.L.205-2018, SEC.9, eff. July 1, 2018.

I.C. 16-34-2-4.7, IN ST 16-34-2-4.7
The statutes and Constitution are current with all legislation of the 2018 Second Regular Session and First Special Session of the 120th General Assembly.

**End of Document**

© 2018 Thomson Reuters. No claim to original U.S. Government Works.