# EXHIBIT F

DECLARATION OF CYNTHIA YEE-WALLACE
Case No. 1:18-cv-00319-DCN

# HOUSE JOURNAL
## OF THE
# IDAHO LEGISLATURE

SECOND REGULAR SESSION
SIXTY-FOURTH LEGISLATURE

---

**FIFTY-THIRD LEGISLATIVE DAY**
**THURSDAY, MARCH 1, 2018**

House of Representatives

The House convened at 10 a.m., the Speaker in the Chair.

Roll call showed 69 members present.
Absent and excused - Gestrin. Total - 1.
Total - 70.

Prayer was offered by Chaplain Tom Dougherty.

The Pledge of Allegiance was led by Aleana Giles, Page.

**3RD ORDER**
**Approval of Journal**

March 1, 2018
Mr. Speaker:
We, your COMMITTEE ON JUDICIARY, RULES, AND ADMINISTRATION, report that we have read and approved the House Journal of the Fifty-second Legislative Day and recommend that same be adopted as corrected.
LUKER, Chairman

Mr. Luker moved that the report be adopted. Seconded by Mr. Gannon. Report adopted.

**4TH ORDER**
**Consideration of Messages from the Governor and the Senate**

February 28, 2018
Mr. Speaker:
I transmit herewith **SCR 138**, **S 1317**, **S 1292**, as amended, **S 1274**, as amended, **S 1280**, and **S 1298** which have passed the Senate.
NOVAK, Secretary

**SCR 138**, **S 1317**, **S 1292**, as amended, **S 1274**, as amended, **S 1280**, and **S 1298** were filed for first reading.

February 28, 2018
Mr. Speaker:
I return herewith **HCR 40**, **H 347**, **H 348**, **H 349**, **H 336**, **H 343**, **H 344**, **H 345**, **H 346**, and **H 476** which have passed the Senate.
NOVAK, Secretary

**HCR 40**, **H 347**, **H 348**, **H 349**, **H 336**, **H 343**, **H 344**, **H 345**, **H 346**, and **H 476** were referred to the Judiciary, Rules, and Administration Committee for enrolling.

February 28, 2018
Mr. Speaker:
I return herewith enrolled **H 387**, **H 475**, **H 493**, **H 366**, **H 337**, **H 339**, **H 340**, **HCR 38**, **H 351**, **H 353**, **H 370**, **H 371**, and **H 372** which have been signed by the President.
NOVAK, Secretary

Enrolled **H 387**, **H 475**, **H 493**, **H 366**, **H 337**, **H 339**, **H 340**, **H 351**, **H 353**, **H 370**, **H 371**, and **H 372** were referred to the Judiciary, Rules, and Administration Committee for delivery to the Governor.

Enrolled **HCR 38** was referred to the Judiciary, Rules, and Administration Committee for delivery to the Secretary of State.

**5TH ORDER**
**Report of Standing Committees**

March 1, 2018
Mr. Speaker:
We, your COMMITTEE ON JUDICIARY, RULES AND ADMINISTRATION, report that we have printed **HCR 54**, **H 653**, **H 654**, and **H 655**.
LUKER, Chairman

**HCR 54**, **H 653**, and **H 654** were filed for second reading.

**H 655** was referred to the Transportation and Defense Committee.

March 1, 2018
Mr. Speaker:
We, your COMMITTEE ON JUDICIARY, RULES AND ADMINISTRATION, report that we have enrolled **HCR 39**.
LUKER, Chairman

The Speaker announced he was about to sign enrolled **HCR 39** and, when so signed, ordered it transmitted to the Senate for the signature of the President.

March 1, 2018
Mr. Speaker:
We, your COMMITTEE ON JUDICIARY, RULES AND ADMINISTRATION, report that we have transmitted enrolled **H 364**, **H 352**, **H 361**, **H 379**, **H 369**, **H 393**, **H 451**, **H 390**, **H 391**, and **H 392** to the Governor at 10:35 a.m., as of this date, February 28, 2018.
LUKER, Chairman

March 1, 2018
Mr. Speaker:
We, your COMMITTEE ON JUDICIARY, RULES AND ADMINISTRATION, report that we have transmitted enrolled **HJM 10** to the Secretary of State at 10:34 a.m., as of this date, February 28, 2018.
LUKER, Chairman

February 28, 2018
Mr. Speaker:
We, your COMMITTEE ON EDUCATION, report that we have had under consideration **H 590** and **H 632** and recommend that they do pass.
VANORDEN, Chairman

**H 590** and **H 632** were filed for second reading.

Gibbs, Giddings, Hanks, Harris, Hartgen, Holtzclaw, Horman, Kauffman, Kerby, Kingsley, Loertscher, Luker, Malek(Widmyer), Manwaring, McDonald, Mendive, Miller, Monks, Moon, Moyle, Nate, Packer, Palmer, Perry, Raybould, Redman, Scott, Shepherd, Stevenson, Syme, Thompson, Troy(Goesling), VanOrden, Vander Woude, Wagoner, Wood, Youngblood, Zito, Zollinger, Mr. Speaker. Total - 58.
 NAYS–Chew, Erpelding, Gannon(17), Gannon(5), King, Kloc(Tway), McCrostie, Rubel, Smith, Toone, Wintrow. Total - 11.
 Absent–Gestrin. Total - 1.
 Total - 70.

Whereupon the Speaker declared that **H 604**, as amended, passed the House. Title was approved and the bill ordered transmitted to the Senate.

### H 635 - APPROPRIATIONS - COMMISSION FOR THE BLIND AND VISUALLY IMPAIRED

**H 635** was read the third time at length, section by section, and placed before the House for final consideration.

At this time, the Speaker recognized Ms. Wintrow to open debate.

The question being, "Shall **H 635** pass?"

Roll call resulted as follows:
 AYES–Amador, Anderson, Anderst, Armstrong, Barbieri, Bell, Blanksma, Boyle, Burtenshaw, Chaney, Cheatham, Chew, Clow, Collins, Crane, Dayley, DeMordaunt, Dixon, Ehardt, Erpelding, Gannon(17), Gannon(5), Gibbs, Giddings, Hanks, Harris, Hartgen, Holtzclaw, Horman, Kauffman, Kerby, King, Kingsley, Kloc(Tway), Loertscher, Luker, Malek(Widmyer), Manwaring, McCrostie, McDonald, Mendive, Miller, Monks, Moon, Moyle, Nate, Packer, Palmer, Perry, Raybould, Redman, Rubel, Scott, Shepherd, Smith, Stevenson, Syme, Thompson, Toone, Troy(Goesling), VanOrden, Vander Woude, Wagoner, Wintrow, Wood, Youngblood, Zito, Zollinger, Mr. Speaker. Total - 69.
 NAYS–None.
 Absent–Gestrin. Total - 1.
 Total - 70.

Whereupon the Speaker declared that **H 635** passed the House. Title was approved and the bill ordered transmitted to the Senate.

### H 638 - ABORTION COMPLICATIONS REPORTING ACT

**H 638** was read the third time at length, section by section, and placed before the House for final consideration.

At this time, the Speaker recognized Mr. Chaney to open debate.

The question being, "Shall **H 638** pass?"

Roll call resulted as follows:
 AYES–Amador, Anderson, Anderst, Armstrong, Barbieri, Bell, Blanksma, Boyle, Burtenshaw, Chaney, Cheatham, Clow, Collins, Crane, Dayley, DeMordaunt, Dixon, Ehardt, Gibbs, Giddings, Hanks, Harris, Hartgen, Holtzclaw, Horman, Kauffman, Kerby, Kingsley, Loertscher, Luker, Malek(Widmyer), McDonald, Mendive, Miller, Monks, Moon, Moyle, Nate, Packer, Palmer, Perry, Raybould, Redman, Scott, Shepherd, Stevenson, Syme, Thompson, Troy(Goesling), VanOrden, Vander Woude, Wagoner, Youngblood, Zito, Zollinger, Mr. Speaker. Total - 56.
 NAYS–Chew, Erpelding, Gannon(17), Gannon(5), King, Kloc(Tway), Manwaring, McCrostie, Rubel, Smith, Toone, Wintrow, Wood. Total - 13.
 Absent–Gestrin. Total - 1.
 Total - 70.

Whereupon the Speaker declared that **H 638** passed the House. Title was approved and the bill ordered transmitted to the Senate.

### H 639 - BOND ELECTIONS

**H 639** was read the third time at length, section by section, and placed before the House for final consideration.

At this time, the Speaker recognized Mrs. Scott to open debate.

The question being, "Shall **H 639** pass?"

Roll call resulted as follows:
 AYES–Armstrong, Barbieri, Boyle, Chaney, Cheatham, Collins, Crane, Dayley, DeMordaunt, Dixon, Ehardt, Gestrin, Giddings, Hanks, Harris, Hartgen, Holtzclaw, Loertscher, Luker, Mendive, Miller, Monks, Moon, Moyle, Nate, Palmer, Redman, Scott, Shepherd, Syme, Thompson, Troy(Goesling), VanOrden, Vander Woude, Wagoner, Zito, Zollinger. Total - 37.
 NAYS–Amador, Anderson, Anderst, Bell, Blanksma, Burtenshaw, Chew, Clow, Erpelding, Gannon(17), Gannon(5), Gibbs, Horman, Kerby, King, Kingsley, Kloc(Tway), Malek(Widmyer), Manwaring, McCrostie, McDonald, Packer, Perry, Raybould, Rubel, Smith, Stevenson, Toone, Wintrow, Wood, Youngblood, Mr. Speaker. Total - 32.
 Absent–Kauffman. Total - 1.
 Paired Votes:
 AYE - Gestrin    NAY - Toone
 (Pairs enumerated in roll call above.)
 Total - 70.

Whereupon the Speaker declared that **H 639** passed the House. Title was approved and the bill ordered transmitted to the Senate.

### H 443 - EDUCATION

**H 443** was read the third time at length, section by section, and placed before the House for final consideration.

At this time, the Speaker recognized Mr. Nate to open debate.

The question being, "Shall **H 443** pass?"

Roll call resulted as follows:
 AYES–Amador, Anderson, Anderst, Armstrong, Barbieri, Bell, Blanksma, Boyle, Chaney, Cheatham, Chew, Clow, Collins, Crane, Dayley, DeMordaunt, Dixon, Ehardt, Erpelding, Gannon(5), Gibbs, Giddings, Hanks, Harris, Hartgen, Holtzclaw, Horman, Kerby, Kingsley, Kloc(Tway), Loertscher, Luker, Malek(Widmyer), McCrostie, McDonald, Mendive, Miller, Monks, Moon, Moyle, Nate, Packer, Palmer, Perry, Raybould, Redman, Rubel, Scott, Shepherd, Stevenson, Syme, Thompson, Troy(Goesling), VanOrden, Vander Woude, Wagoner, Wintrow, Wood, Youngblood, Zito, Zollinger, Mr. Speaker. Total - 62.

The question being, "Shall **H 566** pass?"

Roll call resulted as follows:

AYES–Anderson, Anderst, Armstrong, Barbieri, Bell, Boyle, Burtenshaw, Chaney, Cheatham, Clow, Collins, Crane, Dayley, DeMordaunt, Dixon, Ehardt, Giddings, Hanks, Harris, Holtzclaw, Horman, Kauffman, Kingsley, Loertscher, Luker, Malek(Widmyer), Manwaring, McDonald, Mendive, Miller, Monks, Moon, Moyle, Nate, Packer, Perry, Raybould, Redman, Scott, Shepherd, Stevenson, Thompson, VanOrden, Vander Woude, Wagoner, Youngblood, Zito, Zollinger, Mr. Speaker. Total - 49.

NAYS–Amador, Blanksma, Chew, Erpelding, Gannon(17), Gannon(5), Gibbs, Kerby, King, Kloc(Tway), McCrostie, Rubel, Smith, Syme, Toone, Troy(Goesling), Wintrow, Wood. Total - 18.

Absent–Gestrin, Hartgen, Palmer. Total - 3.

Total - 70.

Whereupon the Speaker declared that **H 566** passed the House. Title was approved and the bill ordered transmitted to the Senate.

There being no objection, the House returned to the Fifth Order of Business.

### 5TH ORDER
### Report of Standing Committees

March 1, 2018

Mr. Speaker:

We, your COMMITTEE ON EDUCATION, report that we have had under consideration **H 622**, **H 647**, **H 648**, **HCR 49**, **S 1263**, **S 1266**, and **S 1294** and recommend that they do pass.

VANORDEN, Chairman

**H 622**, **H 647**, **H 648**, **HCR 49**, **S 1263**, **S 1266**, and **S 1294** were filed for second reading.

There being no objection, the House advanced to the Eighth Order of Business.

### 8TH ORDER
### Introduction, First Reading, and Reference of Bills and Joint Resolutions

### HOUSE BILL NO. 657
### BY WAYS AND MEANS COMMITTEE
AN ACT
RELATING TO BATTERY; AMENDING SECTION 18-915C, IDAHO CODE, TO PROVIDE EXEMPTIONS AND TO PROVIDE THAT A CERTAIN PROVISION SHALL APPLY.

### HOUSE BILL NO. 658
### BY WAYS AND MEANS COMMITTEE
AN ACT
RELATING TO TRESPASS; TO PROVIDE LEGISLATIVE INTENT; AMENDING SECTION 6-202, IDAHO CODE, TO PROVIDE FOR ACTIONS FOR CIVIL TRESPASS, TO PROVIDE DEFINITIONS, TO PROVIDE FOR ACTS CONSTITUTING CIVIL TRESPASS, TO PROVIDE FOR PENALTIES AND TO PROVIDE FOR EXCLUSIONS; REPEALING SECTION 6-202A, IDAHO CODE, RELATING TO DEFINITIONS OF TERMS; AMENDING TITLE 6, IDAHO CODE, BY THE ADDITION OF A NEW CHAPTER 31, TITLE 6, IDAHO CODE, TO PROVIDE FOR THE LIABILITY AND DUTY OF A LAND POSSESSOR TO A TRESPASSER AND TO PROVIDE FOR THE APPLICABILITY OF THE ATTRACTIVE NUISANCE COMMON LAW DOCTRINE; REPEALING SECTION 18-7008, IDAHO CODE, RELATING TO TRESPASS; AMENDING CHAPTER 70, TITLE 18, IDAHO CODE, BY THE ADDITION OF A NEW SECTION 18-7008, IDAHO CODE, TO PROVIDE FOR CRIMINAL TRESPASS, TO PROVIDE DEFINITIONS, TO PROVIDE FOR ACTS CONSTITUTING CRIMINAL TRESPASS AND CRIMINAL TRESPASS WITH DAMAGE, TO PROVIDE FOR PENALTIES AND TO PROVIDE FOR EXCLUSIONS; REPEALING SECTION 18-7011, IDAHO CODE, RELATING TO CRIMINAL TRESPASS; AMENDING SECTION 19-4705, IDAHO CODE, TO PROVIDE FOR THE DISPOSITION OF FINES; AMENDING SECTION 36-1402, IDAHO CODE, TO PROVIDE FOR A VIOLATION OF TRESPASSING FOR THE PURPOSE OF HUNTING, FISHING OR TRAPPING AND TO MAKE TECHNICAL CORRECTIONS; REPEALING SECTION 36-1602, IDAHO CODE, RELATING TO HUNTING ON CERTAIN LANDS WITHOUT PERMISSION; AMENDING SECTION 36-1603, IDAHO CODE, TO PROHIBIT TRESPASSING WHILE HUNTING, FISHING AND TRAPPING, TO PROVIDE REMEDIES AND TO AUTHORIZE PERMISSION FORMS; AMENDING SECTION 36-1604, IDAHO CODE, TO PROVIDE FOR THE APPLICABILITY OF CERTAIN REMEDIES WITH RESPECT TO THE LIABILITY OF THOSE USING THE LAND OF ANOTHER PERSON FOR RECREATION AND TO MAKE TECHNICAL CORRECTIONS; AMENDING SECTION 36-1108, IDAHO CODE, TO PROVIDE A CORRECT CODE REFERENCE AND TO MAKE A TECHNICAL CORRECTION; PROVIDING SEVERABILITY; AND PROVIDING AN EFFECTIVE DATE FOR THE ACCRUAL OF ACTIONS.

**H 657** and **H 658** were introduced, read the first time by title, and referred to the Judiciary, Rules, and Administration Committee for printing.

There being no objection, the House advanced to the Eleventh Order of Business.

### 11TH ORDER
### Third Reading of Bills and Joint Resolutions

Mr. Moyle asked unanimous consent that the remaining bills on the Third Reading Calendar retain their places for one legislative day. There being no objection, it was so ordered.

There being no objection, the House advanced to the Fifteenth Order of Business.

### 15TH ORDER
### Announcements

Announcements were made to the body.

### 16TH ORDER
### Adjournment

Mr. Moyle moved that the House adjourn until 10 a.m., Friday, March 2, 2018. Seconded by Mr. Erpelding. Motion carried.

Whereupon the Speaker declared the House adjourned at 2:43 p.m.

SCOTT BEDKE, Speaker

ATTEST:
CARRIE MAULIN, Chief Clerk

# SENATE JOURNAL
## OF THE
# IDAHO LEGISLATURE

SECOND REGULAR SESSION
SIXTY-FOURTH LEGISLATURE

---

### SIXTY-SIXTH LEGISLATIVE DAY
### WEDNESDAY, MARCH 14, 2018

Senate Chamber

President Pro Tempore Hill called the Senate to order at 10 a.m.

Roll call showed all members present except Senator Den Hartog, absent and formally excused by the Chair; and Senators Hagedorn, Harris, and Siddoway, absent and excused.

Prayer was offered by Chaplain Montie Ralstin.

The Pledge of Allegiance was led by Megan Rauvola, Page.

The Senate advanced to the Third Order of Business.

**Reading and Correction of the Journal**

The JUDICIARY AND RULES Committee reports that the Senate Journal of the proceedings of March 13, 2018 was read and approved as corrected.

LODGE, Chairman

There being no objection, the report was adopted and ordered filed in the office of the Secretary of the Senate.

On request by Senator Winder, granted by unanimous consent, the Senate advanced to the Fifth Order of Business.

**Petitions, Resolutions, and Memorials**

### SCR 147
### BY STATE AFFAIRS COMMITTEE
A CONCURRENT RESOLUTION
STATING FINDINGS OF THE LEGISLATURE AND REJECTING A CERTAIN RULE OF THE DIVISION OF CAREER-TECHNICAL EDUCATION RELATING TO RULES OF CAREER TECHNICAL SCHOOLS.

Be It Resolved by the Legislature of the State of Idaho:

WHEREAS, the Legislature is vested with authority to reject executive agency rules under the provisions of Section 67-5291, Idaho Code, in the event that the Legislature finds that the rules are not consistent with legislative intent; and
WHEREAS, it is the finding of the Legislature that certain rules of the Division of Career-Technical Education relating to Rules of Career Technical Schools are not consistent with legislative intent and should be rejected.
NOW, THEREFORE, BE IT RESOLVED by the members of the Second Regular Session of the Sixty-fourth Idaho Legislature, the Senate and the House of Representatives concurring therein, that IDAPA 55.01.03, Rules of Career Technical Schools, Section 102., Subsection 02.f., adopted as a pending rule under Docket Number 55-0103-1701, only, be, and the same is hereby rejected and declared null, void and of no force and effect.

SCR 147 was introduced, read at length, and referred to the Judiciary and Rules Committee for printing.

The Senate advanced to the Sixth Order of Business.

**Reports of Standing Committees**

March 14, 2018

The JUDICIARY AND RULES Committee reports that S 1358 and S 1359 have been correctly printed.

LODGE, Chairman

S 1358 and S 1359 were referred to the Finance Committee.

March 13, 2018

The JUDICIARY AND RULES Committee reports that S 1243, S 1265, S 1285, S 1302, S 1242, S 1258, S 1253, S 1243, S 1265, S 1285, S 1302, S 1242, S 1258, and S 1253 have been correctly enrolled.

LODGE, Chairman

The President Pro Tempore signed Enrolled S 1243, S 1265, S 1285, S 1302, S 1242, S 1258, S 1253, S 1243, S 1265, S 1285, S 1302, S 1242, S 1258, and S 1253 and ordered them transmitted to the House for the signature of the Speaker.

March 13, 2018

The JUDICIARY AND RULES Committee reports that Enrolled SCR 136, SCR 132, SCR 128, and SCR 138 were delivered to the Office of the Secretary of State at 11:08 a.m., March 13, 2018.

LODGE, Chairman

The report was ordered filed in the office of the Secretary of the Senate.

March 13, 2018

The JUDICIARY AND RULES Committee reports that Enrolled S 1275, S 1305, S 1274, as amended, S 1271, and S 1296 were delivered to the Office of the Governor at 11:11 a.m., March 13, 2018.

LODGE, Chairman

The report was ordered filed in the office of the Secretary of the Senate.

March 13, 2018

The LOCAL GOVERNMENT AND TAXATION Committee reports out H 626 with the recommendation that it do pass.

JOHNSON, Chairman

H 626 was filed for second reading.

March 13, 2018

The COMMERCE AND HUMAN RESOURCES Committee reports out H 466 with the recommendation that it do pass.

PATRICK, Chairman

H 466 was filed for second reading.

H 638 was read the third time at length, section by section, and placed before the Senate for final consideration. Senator Martin arose as sponsor of the bill and opened the debate. The question being, "Shall the bill pass?"

Senator Martin requested unanimous consent that H 638 be held until this afternoon.

Senator Stennett objected.

Roll call vote was requested by Senators Stennett, Jordan, and Buckner-Webb.

The question being, "Shall H 638, be held on the third reading calendar until this afternoon?"

Roll call resulted as follows:

AYES–Agenbroad, Anthon, Bair, Bayer, Brackett, Crabtree, Den Hartog, Foreman, Guthrie, Hagedorn, Harris, Heider, Hill, Johnson, Keough, Lakey, Lee, Lodge, Martin, Mortimer, Nonini, Patrick, Potts, Rice, Siddoway, Souza, Thayn, Vick, Winder. Total - 29.

NAYS–Buckner-Webb, Burgoyne, Jordan, Nye, Stennett, Ward-Engelking. Total - 6.

Total - 35.

Whereupon the President Pro Tempore declared that the motion did prevail and H 638 retained its place on the third reading calendar until this afternoon.

On request by Senator Winder, granted by unanimous consent, the Senate returned to the Sixth Order of Business.

**Reports of Standing Committees**

On motion by Senator Winder, seconded by Senator Stennett, by voice vote the Senate recessed at 12:26 p.m. until the hour of 3:30 p.m. of this day.

**RECESS**
**AFTERNOON SESSION**

The Senate reconvened at 3:30 p.m., pursuant to recess, President Pro Tempore Hill presiding.

Roll call showed all members present except Senator Lakey, absent and formally excused by the Chair.

Prior to recess the Senate was at the Sixth Order of Business, Reports of Standing Committees.

March 14, 2018

The JUDICIARY AND RULES Committee reports that SCR 147, S 1360, and S 1361 have been correctly printed.

LODGE, Chairman

SCR 147 was referred to the Tenth Order of Business, Motions and Resolutions, and ordered held at the Secretary's desk for one legislative day.

S 1360 and S 1361 were referred to the Finance Committee.

March 14, 2018

The JUDICIARY AND RULES Committee reports that Senate amendments to H 562 have been correctly printed.

LODGE, Chairman

The report was ordered filed in the office of the Secretary of the Senate.

March 14, 2018

The JUDICIARY AND RULES Committee reports that S 1306, as amended in the House, has been correctly engrossed.

LODGE, Chairman

S 1306, as amended in the House, was filed for first reading.

March 14, 2018

The JUDICIARY AND RULES Committee reports that **S 1243, S 1265, S 1285, S 1302, S 1242, S 1258, S 1253, S 1288, S 1280, S 1240, S 1257, S 1235, S 1321, S 1207**, as amended, **S 1313, S 1309**, as amended, **S 1228, S 1229, S 1338, S 1339, S 1340, S 1342**, and **SCR 140** have been correctly enrolled.

LODGE, Chairman

The President Pro Tempore signed Enrolled **S 1243, S 1265, S 1285, S 1302, S 1242, S 1258, S 1253, S 1288, S 1280, S 1240, S 1257, S 1235, S 1321, S 1207**, as amended, **S 1313, S 1309**, as amended, **S 1228, S 1229, S 1338, S 1339, S 1340, S 1342**, and **SCR 140** and ordered them transmitted to the House for the signature of the Speaker.

March 14, 2018

The JUDICIARY AND RULES Committee reports that Enrolled **S 1333, S 1334**, and **S 1335** were delivered to the Office of the Governor at 11:50 a.m., March 14, 2018.

LODGE, Chairman

The report was ordered filed in the office of the Secretary of the Senate.

March 14, 2018

The JUDICIARY AND RULES Committee reports out **H 551** and **H 665** with the recommendation that they do pass.

LODGE, Chairman

**H 551** and **H 665** were filed for second reading.

March 14, 2018

The FINANCE Committee reports out **H 668, H 669, S 1360**, and **S 1361** with the recommendation that they do pass.

KEOUGH, Chairman

**H 668, H 669, S 1360**, and **S 1361** were filed for second reading.

On request by Senator Winder, granted by unanimous consent, the Senate advanced to the Eighth Order of Business.

**Messages from the Governor**

March 14, 2018

The Honorable Brad Little
President of the Senate
Idaho Legislature

Dear Mr. President:

I have the honor to inform you that I have signed today and am transmitting to the Secretary of State the following Senate Bills, to wit:

**S 1317, S 1263, S 1268, S 1282, and S 1294**

reading calendar, followed by House bills amended in the Senate, followed by House bills.

On request by Senator Winder, granted by unanimous consent, the Senate advanced to the Fifteenth Order of Business.

### Miscellaneous Business

On motion by Senator Winder, seconded by Senator Stennett, by voice vote, the Senate adjourned at 4:59 p.m. until the hour of 9:30 a.m., Thursday, March 15, 2018.

BRENT HILL, President Pro Tempore

Attest: JENNIFER NOVAK, Secretary