Deborah A. Ferguson  
Craig H. Durham  
**Ferguson Durham PLLC**  
223 S. 6th St., Suite 325  
Boise, Idaho 83702  
(208) 345-5183  
daf@fergusondurham.com  
chd@fergusondurham.com  

Richard Alan Eppink  
Molly Kafka  
**ACLU of Idaho Foundation**  
P.O. Box 1897  
Boise, Idaho, 83701  
(208) 344-9750  
reppink@acluidaho.org  
mkafka@acluidao.org  

Hannah Brass Greer  
**Planned Parenthood of the Great Northwest and the Hawaiian Islands**  
2001 East Madison Street  
Seattle, Washington 98122  
(206) 427-3208  
hannah.brassgreer@ppgnhi.org  

Carrie Flaxman  
**Planned Parenthood Federation of America**  
1110 Vermont Avenue, NW, Suite 300  
Washington, D.C. 20005  
(202) 973-4830  
carrie.flaxman@ppfa.org  

**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWIIAN ISLANDS, a Washington Corporation,<br><br>Plaintiff,<br>v.<br>LAWRENCE G. WASDEN, et al.,<br><br>Defendants. | Case No. 1:18-cv-319-DCN<br><br>**NOTICE** |

Plaintiff gives notice to the Court and to counsel that it does not intend to file a reply to Defendants' Opposition to Plaintiff's Expedited Motion for Preliminary Injunction Pending Appeal (Dkt. 33).

NOTICE - 1

Respectfully submitted on this 8th day of November, 2018.

By: /s/Craig H. Durham
Craig H. Durham
Deborah A. Ferguson
**Ferguson Durham PLLC**

Hannah Brass Greer
**Planned Parenthood of the Great Northwest and the Hawaiian Islands**

Carrie Flaxman
**Planned Parenthood Federation of America**

Ritchie Alan Eppink
Molly Kafka
**American Civil Liberties of Idaho Foundation**

**Attorneys for Plaintiff**

NOTICE - 2

## CERTIFICATE OF SERVICE

I CERTIFY that on the 8thy day of November, 2018, I filed this Notice and caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Cynthia Yee-Wallace
    Peter Wucetich
    cynthia.wallace@ag.idaho.gov
    peter.wucetich@ag.idaho.gov

    Attorneys for Defendants

                                      /s/ Craig H. Durham

NOTICE - 3