LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

CYNTHIA YEE-WALLACE, ISB #6793
Deputy Attorney General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:     (208) 334-2400
Facsimile:      (208) 854-8073
cynthia.wallace@ag.idaho.gov
    Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE G. WASDEN, et al.,<br><br>Defendants. | Case No. 1:18-cv-00319-DCN<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

    NOTICE is hereby given that Peter L. Wucetich withdraws his appearance as one of the counsel of record for Defendants.

    DATED: November 15, 2018.

                                                    STATE OF IDAHO
                                                  OFFICE OF THE ATTORNEY GENERAL


                                                  By    */s/ Cynthia Yee-Wallace*
                                                          CYNTHIA YEE-WALLACE
                                                          Deputy Attorney General

NOTICE OF WITHDRAWAL OF COUNSEL - 1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on November 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Deborah A. Ferguson<br>daf@fergusondurham.com | Richard A. Eppink<br>reppink@acluidaho.org |
| Craig H. Durham<br>chd@fergusondurham.com | Molly Kafka<br>mkafka@acluidaho.org |
| Hannah Brass Greer<br>hannah.brassgreer@ppgnhi.org | Carrie Flaxman<br>carrie.flaxman@ppfa.org |

                                                */s/Cynthia Yee-Wallace*
                                                CYNTHIA YEE-WALLACE
                                                Deputy Attorney General