UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 20 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>LAWRENCE GARTH WASDEN, in his official capacity as the Idaho Attorney General; et al.,<br><br>　　　　Defendants-Appellees. | No.   18-35926<br><br>D.C. No. 1:18-cv-00319-DCN<br>District of Idaho,<br>Boise<br><br>ORDER |

Before:  Peter L. Shaw, Appellate Commissioner.

Appellants' unopposed motion (Docket Entry No. 18) to file Volume 4 of the excerpts of record under seal is granted. The Clerk shall publicly file the motion, the opening brief, and Volumes 1 through 3 of the excerpts of record, and shall file Volume 4 under seal. Appellants' motion (Docket Entry No. 19) to transmit a physical exhibit will be addressed by separate order.

The existing briefing schedule will continue in effect.

SVG/Sealed Documents