UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE G. WASDEN, et al.,<br><br>Defendants. | Case No. 1:18-cv-00319-DCN<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** |

This matter having come before the Court on Plaintiff's and Defendants' Stipulated Motion for Dismissal (Dkt. 45), and the Court having reviewed the motion and finding good cause therefore;

IT IS HEREBY ORDERED that the Stipulated Motion for Dismissal (Dkt. 45) is GRANTED. This case is hereby dismissed, without prejudice, with all parties to bear their own costs and attorney's fees incurred in connection with this matter, including prior to and during this case, and on appeal.

IT IS FURTHER ORDERED that the parties follow and abide by the settlement terms set forth in the Stipulated Motion for Dismissal. Dkt. 45.

IT IS FURTHER ORDERED that the Court retain jurisdiction to enforce the terms of the stipulated settlement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994). Plaintiff and/or any of Plaintiff's current or former staff members or

providers, who are beneficiaries of the stipulated settlement, may jointly or individually enforce the stipulated settlement by motion or otherwise.

DATED: May 7, 2019

_____
David C. Nye
Chief U.S. District Court Judge