FILED

MAY 9 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS,

    Plaintiff-Appellant,

v.

LAWRENCE GARTH WASDEN, in his official capacity as the Idaho Attorney General; et al.,

    Defendants-Appellees.

No. 18-35926

D.C. No. 1:18-cv-00319-DCN
District of Idaho,
Boise

ORDER

The parties' joint, stipulated motion to dismiss this appeal is granted. The oral argument set for June 5, 2019 is hereby vacated. Each party shall bear its own costs and attorneys' fees. The copy of this order constitutes the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7